IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**MALIK AL-MUSTAFA EL-ALAMIN,**

      Petitioner,

v.                                      **Civil Action No. 5:19cv183**
                                          **(Judge Stamp)**

**WARDEN F. ENTZEL,**

      Respondent.

## ORDER DISMISSING CASE FOLLOWING NOTICE OF INTENT TO DISMISS

On May 28, 2019 the *pro se* Petitioner filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Because the petition was not on the court-approved form, the Clerk of Court issued the Petitioner a Notice of Deficient Pleading and Intent to Dismiss. The Notice informed the Petitioner that this case would be dismissed within 30 days. The Notice further informed the Petitioner that if he wished to pursue his § 2241, he would have to re-file his petition on the court-approved form. The Notice was sent by certified mail, return receipt requested, and service was accepted on May 30, 2019.

To date, more than 30 days later, the Petitioner has failed to re-file his petition on the court-approved form. Accordingly, pursuant to the terms of the Notice, the Court **ORDERS** that this action is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is **DIRECTED** to mail a copy of this Order to the *pro se* Petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

DATED: July 8, 2019

                                          **/s/ Frederick P. Stamp, Jr.**
                                          **FREDERICK P. STAMP, JR.**
                                          **UNITED STATES DISTRICT JUDGE**